

NICOLE GUERON
212.633.4312
NGUERON@CGR-LAW.COM

January 12, 2016

**By ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Mayer Rosen et al. v. Lincoln National Life Ins. Co.*, 14 Civ. 10087 (JGK) (KNF)

Dear Judge Koetl,

We write on behalf of Joel Wertzberger, an interested non-party to the above-named matter.

In 2010, Mr. Wertzberger acquired an interest in the insurance policy that is the subject of this litigation from Abraham Leifer (then a co-investor with Third-Party Defendant Alexander Ashkenazi). In connection with that interest, Mr. Wertzberger made substantial premium payments on the policy both individually and through entities he controlled.

Mr. Wertzberger acquired the entire policy from the Reisl Goldberger Insurance Trust through an entity known as LXNBRG GN Fund II, LLC ("LXNBRG"). About a year later, in 2013, LXNBRG sold the policy to Mayer Rosen Equities LLC (one of the plaintiffs in this case).

Mr. Wertzberger has cooperated with discovery in this matter. He sat for a deposition and produced documents in compliance with a subpoena issued by Mr. Ashkenazi. Until recently, he assumed that the case could be litigated to a just conclusion without his involvement as a party (notwithstanding Mr. Ashkenazi's striking misrepresentations to the Court concerning the facts at issue). However, we understand that Magistrate Judge Fox has granted intervention to Congregation Mesamche Lev, on the basis of that entity's claim to have obtained an equitable interest in proceeds of the insurance policy through the payment of certain policy premiums. We also understand that this ruling is being appealed to Your Honor. If the Court upholds that ruling, we expect to seek leave to intervene on behalf of Mr. Wertzberger and any other entities through which he, too, paid policy premiums.

In light of the foregoing, we seek the Court's leave to appear and be heard at the conference scheduled in this matter on January 19, 2016.

Respectfully submitted,

Nicole Gueron

cc: All counsel of record (by ECF)