**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAYER ROSEN EQUITIES LLC and R.G. FAMILY SECURITY LLC, *Plaintiffs*, v. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *Defendant and Third-Party Plaintiff*, v. ALEXANDER ASHKENAZI, as Trustee of the Reisel Goldberger Insurance Trust, CONGREGATION MESAMCHE LEV, JOEL WERTZBERGER, and LXNBRG GN FUND II, LLC, *Third-Party Defendants*. | **No. 14 Civ. 10087 (JGK) (KNF)** **NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS** |

**PLEASE TAKE NOTICE THAT**, upon the annexed declaration of Bradley J. Nash, Esq., and the exhibits attached thereto, the accompanying memorandum of law, and all prior proceeding had herein, Congregation Mesamche Lev ("Mesamche Lev"), by its attorneys Schlam Stone & Dolan LLP, will move this Court before the Honorable Kevin Nathaniel Fox at the United States District Court for the Southern District of New York, at the Courthouse located at 40 Foley Square, New York, New York 10007, at a date and time set by the Court, for an order pursuant to Federal Rule of Civil Procedure 45(e) to enforce subpoenas directed to non-

parties Eli Alan Rubenstein and Aron Wolcowitz.

**SCHLAM STONE & DOLAN LLP**

By: /s/
Richard H. Dolan
Bradley J. Nash
26 Broadway
New York, NY 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
rdolan@schlamstone.com
bnash@schlamstone.com

*Attorneys for Third-Party Defendant Congregation Mesamche Lev*